**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 22-2234**

_____

MAJOR MIKE WEBB, d/b/a Friends for Mike Webb, d/b/a Major Mike Webb for Congress, d/b/a Angels of Liberty,

       Plaintiff - Appellant,

   v.

MERRICK B. GARLAND,

       Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Michael Stefan Nachmanoff, District Judge.  (1:22-cv-01128-MSN-IDD)

_____

Submitted:  May 18, 2023                        Decided:  May 22, 2023

_____

Before NIEMEYER, RICHARDSON, and RUSHING, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Mike Webb, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Major Mike Webb appeals the district court's order denying his motion to proceed in forma pauperis. We have reviewed the record and discern no reversible error. Accordingly, we affirm. *Webb v. Garland*, No. 1:22-cv-01128-MSN-IDD (E.D. Va. Nov. 4, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*